UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SEROL HOLDING CORPORATION, on Behalf of Itself and All Others Similarly Situated, | : : : : : : : : : : : : : : : : : : : : | Civil Action No. 09-cv-00996 |
| Plaintiff, | | CLASS ACTION |
| vs. | | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| BANCO SANTANDER S.A., BANCO SANTANDER INTERNATIONAL, OPTIMAL INVESTMENT SERVICES S.A., PRICEWATERHOUSECOOPERS, HSBC SECURITIES SERVICES (IRELAND) LTD., HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LTD., HSBC BANK USA, N.A., MANUEL ECHEVERRÍA FALLA, ANTHONY L. M. INDERRIEDEN, and BRIAN WILKINSON, | | |
| Defendants. | | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Serol Holding Corporation, individually and on behalf of all others similarly situated, hereby voluntarily dismisses its claims, without prejudice, against Defendants Banco Santander S.A., Banco Santander International, Optimal Investment Services S.A., PricewaterhouseCoopers, HSBC Securities Services (Ireland) Ltd., HSBC Institutional Trust Services (Ireland) Ltd., HSBC Bank USA, N.A., Manuel Echeverría Falla, Anthony L. M. Inderrieden, and Brian Wilkinson.

DATED:  March 30, 2009            COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
                                             SAMUEL H. RUDMAN
                                             DAVID A. ROSENFELD

                                             /S/ David A. Rosenfeld
                                             DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JAMES I. JACONETTE
MICHAEL F. GHOZLAND
JULIE A. KEARNS
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

JOHNSON BOTTINI, LLP
FRANK J. JOHNSON
FRANCIS A. BOTTINI, JR.
655 West Broadway, Suite 1400
San Diego, CA  92101
Telephone:  619/230-0063
619/233-5535 (fax)

Attorneys for Plaintiff

- 1 -