UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――― x

SEROL HOLDING CORPORATION, on : Civil Action No. 09-cv-00996
Behalf of Itself and All Others Similarly :
Situated, : CLASS ACTION
:
:
    Plaintiff, : NOTICE OF VOLUNTARY DISMISSAL
: WITHOUT PREJUDICE
:
vs. :
:
BANCO SANTANDER S.A., BANCO :
SANTANDER INTERNATIONAL, :
OPTIMAL INVESTMENT SERVICES S.A., :
PRICEWATERHOUSECOOPERS, HSBC :
SECURITIES SERVICES (IRELAND) LTD., :
HSBC INSTITUTIONAL TRUST SERVICES :
(IRELAND) LTD., HSBC BANK USA, N.A., :
MANUEL ECHEVERRÍA FALLA, :
ANTHONY L. M. INDERRIEDEN, and :
BRIAN WILKINSON, :
:
    Defendants. :
―――――――――――――――――――― x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-09

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Serol Holding Corporation, individually and on behalf of all others similarly situated, hereby voluntarily dismisses its claims, without prejudice, against Defendants Banco Santander S.A., Banco Santander International, Optimal Investment Services S.A., PricewaterhouseCoopers, HSBC Securities Services (Ireland) Ltd., HSBC Institutional Trust Services (Ireland) Ltd., HSBC Bank USA, N.A., Manuel Echeverría Falla, Anthony L. M. Inderrieden, and Brian Wilkinson.

DATED: March 30, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

/S/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JAMES I. JACONETTE
MICHAEL F. GHOZLAND
JULIE A. KEARNS
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

JOHNSON BOTTINI, LLP
FRANK J. JOHNSON
FRANCIS A. BOTTINI, JR.
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: 619/230-0063
619/233-5535 (fax)

Attorneys for Plaintiff

Approved.
The Clerk of the Court shall close this case.
SO ORDERED.

USDJ
4/1/09

- 1 -